1:23-CV-3622

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

CLERK OF COURT, OR F.B.I. AGENT

AUG 14 2023    8-5-2023

Clerk
By: Deputy Clerk

MY NAME IS BRANDON GREENE #235D494 I'M AN INMATE IN THE RICHMOND CO. JAIL. MY EIGHTH AMENDMENT'S AN ALOT OF OTHER CONSTITUTIONAL RIGHTS ARE BEING VIOLATED. I WAS A STABBED VICTIM AROUND JUNE 26, OR 28TH 2023 WHILE AT THE HOSPITAL I LET RICHMOND CO. DEPUTY PARKS KNOW THAT MY STABBING WAS FOUL PLAY BY THE JAILERS AND I WISHED TO BE SEEN BY INTERNAL AFFAIRS ABOUT MY SITUATION. THAT CAUSED MY SITUATION TO BE WORST. I'VE BEEN HOUSED IN A SUICIDE CELL NO RUNNING WATER AND NO PHONE CALLS, OR VISITS. THEY TOOK ALL MY PRIVILEGES AND BEEN BLOCKING MY CONTACT WITH MY FAMILY. THE FEW TIMES I HAVE BEEN ABLE TO CONTACT MY FAMILY. THE ADMIN. AND ALL THE DEPUTIES WORKING AT THIS JAIL HAS BEEN RETALIATING AGAIST ME. EVEN THE INTERNAL AFFAIRS THEY'VE BEEN STONEWALLING THE INVESTIGATION INTO MY SITUATION. MY WIFE LATIA MURRAY WENT TO THERE OFFICE THEY MADE HER SIT FOR HOURS BEFORE THEY REFUSE TO SPEAK WITH HER. HER # 215-740-0889 SHE HAS ALL THE EMAILS SHE'S SENT THEM. AND TIMES SHE'S MADE CONTACT WITH THEM. I FEAR FOR MY LIFE IN THIS JAIL. I'M IN GRAVE

DANGER. I'VE BEEN GOING WEEKS WITHOUT A SHOWER. I GOT STABBED IN THE HEAD. THEY WASN'T EVEN LETTING ME GO TO MEDICAL. I HAD TO STOP A NURSE TO SHOW HER THE STAPLES IN MY HEAD JUST TO GET THEM TOOK OUT. THE OFC.S TRYING TO FORCE ME INTO DORMS AROUND GANG MEMBERS TO STAB ME. SINCE I'VE BEEN IN THIS CELL I'VE WATCH THE OFC. HERE PUT CRIPS IN THE DORMS WITH BLOODS TO GET THEM STABBED, AND BLOODS IN THE DORMS WITH CRIPS, AND G.D.S WHEN THEY GET MAD. THESE OFFICERS ARE OUT OF CONTROL AND THEY LABLED ME A SNITCH SO ANYWHERE I GO SINCE THE POLICE LABLED ME A SNITCH I'MA GET STABBED OR KILLED. THEY DON'T EVEN BE GIVING ME WATER TO DRINK SOBODY PLEASE HELP CONTACT AN AGENT TO COME SEE ME SOON THE CAMERA FOOTAGE WILL PROVE I'M NOT LYING. I'M WILLING TO WORK WITH THE FEDS AGAIST AUGUSTA CORRUPT COPS, AND COURT SYSTEM! IF I DON'T GET HELP SOON I WILL BE KILT.

BRANDON GREENE #2350494