**1:23-CV-3622**

## CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE _____  DIVISION _____
MAG. JUDGE _____  IFP **No**           FEE **No**
DATE FILED __8-14-23__           PREVIOUS CASES **No**

NAME __Brandon Greene__          ID # __2350494__
PRO SE __✓__                     ATTORNEY _____
PLACE OF INCARCERATION __Charles B. Webster Detention Ctr.__
CITY __Augusta__   STATE __GA__   COUNTY __Richmond__

| JURISD | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence. _____SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | ___42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions. A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials **not** Involving prison conditions. A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials Involving prison conditions. A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ ___ | OTHER: _____ |

____ DOCKET CLERK: Place cover sheet on top of docket sheet and file. FORWARD to Magistrate Judge Assigned for IFP and/or frivolity determinations.

____ STAFF LAW CLERK:
____ Pauper's affidavit insufficient or no affidavit
____ Complaint or petition not signed or is incomplete
____ No copies
____ Other: _____

BRANDON MARQUESE GREENE #205044
1941 PHINIZY RD. G1511
AUGUSTA, GA. 30906



AUGUSTA GA 299
10 AUG 2023 PM 1 L

CLEARED DATE
AUG 14 2023
U.S. Marshals Service
Atlanta, GA 30303

U.S. DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 U.S. COURTHOUSE, 75 TED TURNER Dr. N.W.
ATLANTA, GA. 30303

30303$3309

**Charles B. Webster Detention Center**
1941 Phinizy Road, Augusta, Georgia 30906
(706) 821-1101

This correspondence has been sent from an inmate at the above listed facility. It has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If he write encloses correspondence for forwarding to another addressee, please return the enclosure to this address.



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019