Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Augusta Division

| | |
|---|---|
| BRANDON GREENE | Case No.    CV 123-114 |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| SEE ATTACHED, RICHMOND CO. JAIL | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued.  If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.  Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                BRANDON GREENE

All other names by which
you have been known:

ID Number                           235O494

Current Institution                 RICHMOND CO. JAIL

Address                             1941 PHINIZY RD

                    AUGUSTA                    GA        30906
                    *City*                   *State*    *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                M. CHEATAM

Job or Title *(if known)*           LT.

Shield Number

Employer                            RICHMOND CO JAIL

Address                             1941 PHINIZY RD

                    AUGUSTA                    GA        30906
                    *City*                   *State*    *Zip Code*

                    [✓] Individual capacity   [ ] Official capacity

Defendant No. 2

Name                                N. COWART

Job or Title *(if known)*           SGT.

Shield Number

Employer                            RICHMOND CO. JAIL

Address                             1941 PHINIZY RD.

                    AUGUSTA                    GA        30906
                    *City*                   *State*    *Zip Code*

                    [✓] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                           GABREIAL
    Job or Title *(if known)*   DFC.
    Shield Number
    Employer                  RICHMOND CO. JAIL
    Address                  1941 PHINIZY RD

| AUGUSTA | GA | 30906 |
|---|---|---|
| City | State | Zip Code |

☑ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name                           MORRIS
    Job or Title *(if known)*   DFC.
    Shield Number
    Employer                  RICHMOND CO. JAIL
    Address                  1941 PHINIZY RD

| AUGUSTA | GA | 30906 |
|---|---|---|
| City | State | Zip Code |

☑ Individual capacity   ☑ Official capacity

**II.**   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

DUE PROCESS 5TH 8TH 14TH AMEN NEGLIGENCE, AND FAILUER TO PROTECT, RETALIATION, AND REFUSING PROPER MEDICAL TREATMENT

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

DEFENDANT NO. 5  MAJOR MITCHELL  INDIVIDUAL, OFFICIAL CAP.
DEFENDANT NO. 6 CAPT. DANKO INDIVIDUAL, OFFICIAL CAP.
DEFENDANT NO. 7 CPL. COLEMAN INDIVIDUAL, OFFICIAL CAP.
DEFENDANT NO. 8 CPL. CULVER INDIVIDUAL, OFFICIAL CAP.
DEFENDANT NO. 9. SGT. T. STERNS INDIVIDUAL, OFFICIAL CAP.
DEFENDANT NO. 10 TOOMER INDIVIDUAL, OFFICIAL CAP.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. EACH , AND EVERY DEFENDANT WORK AT THE RICHMOND CO. JAIL AND THEY ALL WILLINGLY AND KNOWLY INDULGED IN OR TOOK ACTION AGAIST ME FOR SPEAKING OUT ABOUT OFFICERS ALLOWING ME TO GET ROBBED, AND STABBED

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose. ON JUNE 26, 2023 THE ROBBERY, AND THE 1ST ASSAULT HAPPENED ON A1C POD THEN I WAS MOVE TO G1C WITH IT BEING KNOWN I ALREADY HAD ISSUES ON THAT POD , AND THE REST IN THE STRIPCELL G1S11 TO THIS VERY DAY

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_____

2.    What did you claim in your grievance?

_____

3.    What was the result, if any?

_____

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur? 6-26-2023 AROUND 8 P.M. UP UNTIL THIS CURRENT DATE 9-11-2023 AND IT GET WORST AND WORST EVERY DAY I'M IN GRAVE DANGER FOR MY HEALTH, AND SAFETY

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* ON 6-26-2023 AROUND ABOUT 7 OR 8 PM. I WAS COMING OUT MY CELL A-C-2 WHEN INMATE BUTLER RUSHED ME AT THE DOOR WITH A SHIRT TIED AROUND HIS HEAD AT 1ST I THOUGHT HE WAS PLAYING UNTIL I WAS INSIDE THE CELL AND SEEN AN OBJECT LIKE A SHANK IN HIS HAND AND HE GRABBED MY BAG OF STORE CALL IT WAS A BIG BAG CAUSE I HAD LIKE $120

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. MY FACE, AND WHOLE HEAD WAS SWOLE, AND I HAD TO GO TO THE HOSPITAL AND GET STAPLES IN MY HEAD AND ONCE I GOT BACK TO THE JAIL I DIDN'T RECIEVE NO MEDICAL TREATMENT FOR OVER A WEEK I HAD TO STOP A NURSE ON THE POD AND TELL HER I NEEDED THE STAPLES TAKEN OUT MY HEAD

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I WANT THE COURTS TO GET ME OUT OF THIS JAIL FOR MY HEALTH, AND SAFETY ON HOUSE ARREST I ASK THE COURT TO AWARD ME $1,500,000 PUNITIVE DAMAGES BECAUSE ADMINISTRATION ALLOWED MY LIFE, HEALTH, AND MY MENTAL AND ME TO BE INJURED MULTIPLE TIMES WITH NO REGAURDS TO MY CIVIL, OR HUMAN RIGHTS THERE SHOULD BE JUSTICE AND ALLOW ME TO AMEND ANY AND ALL MISTAKES ON THIS CLAIM BECAUSE I'M DENIED ANY AND ALL WAYS TO RESEARCH AND I'M NOT A LAWYER SO I ANSWERED TO THE BEST OF MY ABILITES

## IV. STATEMENT OF CLAIM

A-C WORTH OF FOOD, AND THEN I SEEN THE REST OF THE CRIPS
STANDING OUTSIDE MY CELL SO AT THAT POINT I KNEW
IT WAS A ROBBERY. WHEN I CAME OUTSIDE THE CELL
BEHIND MY STORE BAG I LOOKED DEAD INTO OFC.
GABREIL EYES WATCHING. SO I CALL HIM TO THE DOOR
AT THE FRONT OF THE DORM, ASK HIM DID'NT YOU SEE
THEM ROBBING ME AT THAT POINT BUTLER STILL HAD
THE SHIRT TIED AROUND HIS FACE THE OFFICER JUST
SMILED AT BUTLER AND WALKED OFF. I HAD BANGED
ON THE FRONT DOOR WINDOW SO OFC. ELLISON THAT
WAS IN THE BOOTH CALLED FOR BACKUP AND TOLD
THEM IT WAS A ROBBERY NOBODY CAME IT TOOK MY
GIRLFRIEND LATEA MURRAY, MY SON'S MOTHER ANITA
JAMES, AND BROTHER ANTONIO GREENE TO GET SOMEONE
TO COME SO LT. CHEATAM PUT THE WHOLE DORM ON THE
REC. YARD, BUT TOLD ME TO PACK MY STUFF. SO INSTEAD
OF DOING ANYTHING ABOUT THE ROBBERY, OR MY FOOD
HE MOVED ME BACK TO THE P.C. DORM G.C. KNOWING
I HAD PROBLEMS OVER THERE SAYING "I'M TIRED
OF YOUR FAMILY CALLING UP HERE" SOUTHERN CENTER
FOR HUMAN RIGHTS HAD ME MOVED FROM G1C BECAUSE
AN OFC. NAME MCKENZIE ALLOWED INMATES TO
ASSAULT AND ROB ME IN G-C AROUND DEC. 2022, OR
JAN. SO THERE'S RECORDS TO PROVE THAT NOTHING
AT ALL WAS DONE ABOUT THAT ROBBERY, AND I WAS
FORCED TO STAY IN THE SAME DORM I TALKED
TO CAPT. JOHNSON AND ALL THE SHIFT SUPERVISORS

2

NOBODY DID NOTHING. THEN ALL MY GRIEVANCE, AND MY
APPEAL ABOUT THAT SITUATION GOT DENIED SAYING
BECAUSE I WAS IN THE WRONG CELL.

A-C-6-26-23
B-C-6-26-23

SINCE LT. CHEATAM FORCED ME BACK TO G1C WHEN
I GOT BACK IN THE DORM I KNEW THERE WAS
GONNA BE TROUBLE BECAUSE ONE OF THE G1D'S
COUSIN INMATE ROUSE WAS IN THE DORM, AND
HIS COUSIN DEZMIN FREEMAN AND 3 OTHER
GANG MEMBERS HAD JUST ROBBED, AND EXTORED
ME A FEW WEEK EARLIER IN A1C THEY HELD
ME RANSOM, AND MADE ME GET ON THE PHONE FOR
A $300 CASH APP. I REFUSE TO SEND THEM MONEY
SO INSTEAD MY GIRLFRIEND LATIA CALL AND CAME
TO THE JAIL LETTING ADMIN KNOW WHAT WAS
GOING ON I WROTE EVERY SHIFT LETTERS AND
GAVE ONE IN HAND TO SGT. SEYMORE THEY STILL
LEFT ME IN A1C THEN TO GET STABBED, OR
KILLED. MY ROOMATE BRINSON WAS RELEASED
AND HE EVEN TOLD THE SHIFT SUPERVISORS
I WAS IN DANGER AND THEY STILL REFUSE TO
MOVE ME, OR GET THE GANG MEMBERS OUT THE
DORM. THIS HAPPEN A FEW WEEKS BEFORE
THIS INCIDENT WHERE IN G1C I BANGED
ON THE SLIDER WINDOW, AND BEGGED OFC
MORRIS TO GET ME OUT THE DORM HE LOOKED
AT ME SURROUNDED IN WENT IN ANOTHER
POD. I WAS BEAT AND STABBED RIGHT IN

3

FRONT OF THE SLIDER, AND BOOTH OFC. EVANS
A FEMALE CALLED THE CODE. SO WHILE AT THE
HOSPITAL I LET THE STREET COP PARKS, AND
ELLISON KNOW I DIDN'T FEEL SAFE AT THIS
JAIL. I ASKED THEM BOTH TO CONTACT G.B.I.,
AND INTERNAL AFFAIRS FOR ME BECAUSE THE
OFFICERS KEEP ALLOWING ME TO GET ROBBED, AND
HURT. I REALLY FEAR FOR MY LIFE. EVERYDAY I THINK
I'M GONNA DIE HERE WHEN I RETURNED TO THE
JAIL OFC PARKS TOLD SGT. COWART WHAT I SAID
AT THE HOSPITAL. SHE HOUSED ME IN THIS STRIP
CELL SAYING IT WAS ONLY UNTIL THE NEXT
MORNING UNTIL THEY FIND ME SOMEWHERE SAFE
I DIDN'T RECIEVE NO MEDICAL CARE AT ALL. ONLY
PILL CALL MY FATHER CLINT BROWN CAME WAY FROM
JACKSONVILLE FLA. A WEEK LATER AND MADE ADMIN
LET HIM SEE ME TO MAKE SURE I WAS SAFE THAT
WAS 6 DAYS AFTER I GOT STABBED. I WAS STILL
BLOODY THAT WAS MY FIRST TIME BEING ALLOWED
OUT THIS CELL. RIGHT NOW TILL THIS DAY. I'M
ONLY TAKING A SHOWER ONCE A WEEK, OR
EVERY OTHER WEEK SGT. COWART ON AUG 10, 2023
STARTED WRITTING ME DISCIPLINARY REPORTS
SO I CANT HAVE REC., OR USE THE PHONES AT
ALL

4

**AUG.24,2023** FROM 2P.M. TO 5P.M. CPL. COLEMAN LEFT ME LOCKED IN THE SHOWERS IN INTAKE SO I COULDN'T USE THE PHONE BECAUSE I STARTED GETTING MAIL FROM THIS COURT.

**AUG.26,2023** CPL. CULVER CAME AND MOVED ME OUT G1S11 AND TOOK ALL MY PROPERTY AND LEGAL MAIL AND PUT ME IN F1A KNOWING THE DOORS ARE BROKEN AND ALOT OF THE GANG MEMBERS THAT GOT IT OUT FOR ME IN THERE I HAD TO CUT MY WRIST EARLY THE NEXT MORNING TO MAKE IT OUT SAFE.

**AUG.30,2023** WHEN OFC. MORRIS, AND OFC. GABREIL CAME TO FEED PACKOUTS AROUND 7 TO 8 I WAS SLEEP ONE OF THEM TOOK 2 FROZEN PACKOUTS AND HIT ME IN THE HEAD WITH EM

**AUG.31,2023** WHEN OFC'S MORRIS, AND GABREIL CAME TO WORK THAT NIGHT THEY REFUSED TO FEED ME AT ALL

**SEPT.1,2, 2023** I NOTIFIED LT. HERELL, SGT. SEIMORE, SGT. STERNS WROTE MAJOR MITCHELL AND EVERYBODY THAT CAME TO G-POD ABOUT ME NOT GETTING FEED I'M NOT GETTING WATER AND I GOT FAILING KIDNEYS AND CRONIC HEALTH ISSUES MAJOR MITCHELL SAID I'M STUCK IN THIS CELL UNTILL I LEAVE THIS JAIL NO RUNNING WATER AND THE HOLE IN THE FLOOR DON'T FLUSH. I BEEN HAVING TO USE THE BATHROOM IN TRAYS SINCE JUNE I URIN IN A CUP AND POUR IT IN THE HOLE IT STINKS AND FULL OF BUGS

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  RICHMOND CO. JAIL

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

  1.   If there are any reasons why you did not file a grievance, state them here: THE NIGHT I RETURNED FROM THE HOSPITAL THEY HOUSED ME IN THE STRIPE CELL I HAD NO ACCESS TO FILE ONE, AND THEN ALL THE OFFICERS REFUSED TO GIVE ME PAPER GRIEVANCES

  2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: CAPT. DANKO, LT. ASHLEY, MAJOR MITCHELL LT. HERELL, LT. SHELDON, SGT. SEYMORE, CPL. BURTON, CPL CULVER AND EVERY OFFICER WALKED ON G-POD SINCE I BEEN OVER HERE EACH AND EVERYONE IGNORED ME, OR SAID PER MAJOR

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. MY DAD CLINT BROWN, MY SISTERS NADIA, SCISSON, AND BRITTANY GREENE, BROTHER ANTONIO GREENE, AND SONS MOTHER ANITA JAMES, AND LATIA MURRAY ALL CALLED, AND NOTIFIED INTERNAL AFFAIRS

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _9-11-2023_

Signature of Plaintiff

Printed Name of Plaintiff  _BRANDON GREENE_

Prison Identification #  _2350494_

Prison Address  _1941 PHINIZY RD._

_AUGUSTA,_    _GA_    _30906_
| City | State | Zip Code |

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

_____
| City | State | Zip Code |

Telephone Number  _____

E-mail Address  _____

BRANDON GREENE #2300494
1911 PHINIZY RD.
AUGUSTA, GA. 30906

CLERK, US DISTRICT COURT
POST OFFICE BOX 1130
AUGUSTA, GEORGIA 30903

USA ★ FOREVER

Charles B. Webster Detention Center
1941 Phinizy Road
Augusta, Georgia 30906
(706) 821-1101

This correspondence has been sent from an inmate at the above listed facility. It has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification, if the writer encloses correspondence for forwarding to another addressee please return the enclosure to the above address.


FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019