IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-114 |
| | ) | |
| LT. M. CHEATAM; SGT. N. COWART; | ) | |
| OFC. GABREIAL; OFC. MORRIS; | ) | |
| MAJOR MITCHELL; CAPT. DANKO; | ) | |
| CPL. COLEMAN; CPL. CULYER; | ) | |
| SGT. T. STERNS; and TOOMER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 22, 24.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all claims against Defendants Sheriff - Richmond County Jail, Danko, and Toomer, as well as all official capacity claims for monetary damages against all Defendants. The case shall proceed against Defendants Cheatam, Cowart, Gabreial, Morris, Mitchell, Coleman, Culyer, and Sterns as described in the Magistrate Judge's October 2, 2023 Order. (Doc. no. 16.)

SO ORDERED this 2nd day of November, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA