IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-114 |
| | ) | |
| LT. M. CHEATAM; SGT. N. COWART; | ) | |
| OFC. GABREIAL; OFC. MORRIS; | ) | |
| MAJOR MITCHELL; CPL. COLEMAN; | ) | |
| CPL. CULYER; and SGT. T. STERNS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff's filings in this case have failed to certify that he has served his filings on opposing counsel in accordance with Local Rule 5.1. (See, e.g., doc. no. 48.) "[O]nce a *pro se* litigant is in court, he is subject to the relevant law and rules of court." Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989). Plaintiff has been informed of the requirement for properly serving his motions on the opposition and filing an appropriate certificate of service, (doc. no. 16, p. 8), and thus, it is within the Court's discretion to summarily deny motions not in compliance with the Local Rules. See Layfield v. Bill Heard Chevrolet Co., 607 F.2d 1097, 1099 (5th Cir. 1979) (holding that failure to comply with the Local Rules may result in summary denial of a motion). However, the Court declines to do so because Plaintiff alleges Defendants are limiting the number of stamps and envelopes he can purchase from the commissary. (See doc. no. 45, pp. 17-19; doc. no. 47, p. 1.) While there may be a legitimate

penological reason for such a limitation, it is not readily discernable and appears to be, at first blush, a deliberate attempt to curtail Plaintiff's ability to prosecute his claims in this civil action. Any such attempt will not be tolerated. Accordingly, the Court **DIRECTS** Defendants to file a response brief concerning such allegations on or before January 5, 2024. In addition to responding directly to Plaintiff's allegations, Defendants shall include with their brief any relevant Charles B. Webster Detention Center customs, policies, and procedures concerning legal mail or the purchase of postage by inmates.

      SO ORDERED this 20th day of December, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA