IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-114 |
| | ) | |
| RICHMOND CO. SHERIFF'S DEPT.; | ) | |
| RICHMOND CO. INTERNAL AFFAIRS; | ) | |
| SEAN MCKENZIE; CINDY JONES; | ) | |
| INTEL. J. THOMAS; CAPT. JENKINS; | ) | |
| SGT. FLUELLEN; SGT. SEYMORE; CAPT. | ) | |
| WHITE; SGT. T. STERNS; LT. ASHLEY; | ) | |
| SGT. ROBERTS; OFC. ROBERSON; OFC. | ) | |
| GABREIAL; OFC. MORRISON; LT. M. | ) | |
| CHEATAM; SGT. N. COWART; MAJOR | ) | |
| MITCHELL; LT. SHELTON; SGT. | ) | |
| GEETINGS; CPL. COLEMAN; CPL. | ) | |
| CULYER; SGT. MATTHYS; CAPT. | ) | |
| DANIELS; LT. N. HARRELL; and JOHN | ) | |
| DOE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 65.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** all claims against Defendants Richmond County Sheriff's Department, Richmond County Internal Affairs, Cindy Jones, Intel J. Thomas, and Sergeant T. Sterns, and **DISMISSES** John Doe without prejudice because he is insufficiently identified.

The case shall proceed against Defendants Mitchell, Jenkins, McKenzie, Fluellen, Seymore, White, Ashley, Roberts, Roberson, Gabreial, Morrison, Cheatam, Cowart, Shelton, Geetings, Coleman, Culyer, Matthys, Daniels, and Harrell as described in the Magistrate Judge's April 5, 2024 Order. (Doc. no. 61.)

SO ORDERED this 13th day of May, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA