IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-114 |
| | ) | |
| SEAN MCKENZIE; CPT. JENKINS; SGT. FLUELLEN; SGT. SEYMORE; CAPT. WHITE; LT. ASHLEY; SGT. ROBERTS; OFC. GROVER ROBINSON; OFC. GABREIAL; OFC. MORRISON; LT. M. CHEATAM; SGT. N. COWART; MAJOR MITCHELL; LT. SHELTON; SGT. GEETINGS; CPL. COLEMAN; CPL. CULYER; SGT. MATTHYS; CAPT. DANIELS; and LT. N. HARRELL, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 84.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motions for injunctive relief. (Doc. nos. 11, 18.)

SO ORDERED this 6th day of September, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA